## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DAVID B. TURNER BUILDERS LLC,**
**et al.**,    :
          Plaintiffs,

                        :    **CIVIL ACTION NO.**
    vs.    **3-21-cv-0309-HTW-LGI**
                        :

**WEYERHAEUSER COMPANY,**
**et al.**,    :
          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE
## STATEMENT OF DEFENDANT INTERFOR CORPORATION

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Interfor Corporation[1] states, by and through its undersigned counsel, as follows:

    Interfor Corporation has no parent corporation and no publicly held corporation owns 10% or more of Interfor Corporation's stock.

Dated: July 8, 2021

                    */s/ Adam Stone*
                    Adam Stone (MSB No. 10412)
                    Kaytie M. Pickett (MSB No. 103202)
                    JONES WALKER LLP
                    190 East Capitol Street, Suite 800
                    Jackson, Mississippi 39201
                    Tel.: (601) 949-4900; Fax: (601) 949-4804
                    kpickett@joneswalker.com
                    astone@joneswalker.com

                    Karen Hoffman Lent (admitted *pro hac vice*)
                    Matthew M. Martino (admitted *pro hac vice*)

---

[1] Interfor Corporation was misidentified in the Amended Complaint as Interfor Company. *See* Dkt. 3.

Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
Karen.Lent@skadden.com
Matthew.Martino@skadden.com
Evan.Kreiner@skadden.com

*Counsel for Interfor Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to all counsel of record.

*/s/* Adam Stone\_\_\_
ADAM STONE