**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

```
------------------------------------------------- x
```
**DAVID B. TURNER BUILDERS LLC,**    **:**
*et al.*    **:**
           Plaintiffs,    **:**
                              **:**    **CIVIL ACTION NO.**
        vs.                 **:**    **3-21-cv-000309-HTW-LGI**
                              **:**
**WEYERHAEUSER COMPANY,** *et al.*,    **:**
                              **:**
           Defendants.    **:**
```
------------------------------------------------- x
```

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE REPLIES IN SUPPORT OF 12(b) MOTIONS TO DISMISS**
**[Dkt. Nos. 51, 53, and 56]**

Defendants GP Wood Products LLC ("Georgia-Pacific"), Canfor Corporation ("Canfor"), Hampton Tree Farms, LLC ("Hampton"), Idaho Forest Group ("Idaho Forest"), Interfor Corporation ("Interfor"), PotlatchDeltic Land & Lumber, LLC ("PotlatchDeltic"), RSG Forest Products, Inc. ("RSG Forest"), Sierra Pacific Industries ("Sierra Pacific"), West Fraser, Inc. ("West Fraser"), and Weyerhaeuser Company ("Weyerhaeuser") (collectively, "Defendants") respectively submit this joint motion for an extension of time for the Defendants to file their replies in support of their 12(b) motions to dismiss ("12(b) Motions") [Dkt. Nos. 51, 53, and 56].  In support of this Motion, the Defendants state as follows:

     1.      Plaintiffs filed the original Complaint on May 4, 2021. Dkt. 1.

     2.      Plaintiffs filed the Amended Complaint on May 18, 2021. Dkt. 3.

     3.      This Court granted the Defendants an extension of time to respond to the Amended Complaint until July 8, 2021. *See* Text Only Order entered on June 2, 2021 and Dkt. 25.

4.      On July 8, 2021, the Defendants filed 12(b) Motions in response to the Amended Complaint. Dkt. Nos. 51, 53, and 56.

5.      Plaintiffs' responses to the 12(b) Motions are due on July 22, 2021, and the Defendants' replies are due on July 29, 2021.

6.      In order to have adequate time to prepare their replies in support of the 12(b) Motions, the Defendants respectfully request a 14-day extension of time to file their replies, through and including August 12, 2021.  Specifically, this additional time is needed to coordinate the 12(b) briefing amongst the 10 Defendants and their counsel in order to streamline these replies to avoid the necessity of burdening the Court with multiple briefs on similar issues raised in certain of those motions.

7.      Undersigned counsel represents that this request for an extension of time is made in good faith and not for purposes of delay.

8.      Undersigned counsel attempted twice to confer in good faith with counsel for Plaintiffs regarding the requested 14-day extension of time for the Defendants to file their replies in support of the 12(b) Motions.  Counsel for Plaintiffs did not respond to such attempts.  Thus, it is not certain whether this motion is opposed or unopposed.

9.      Given the simple nature of the relief sought in this motion, Defendants respectfully request that they be excused from the requirement to file a supporting memorandum of authorities under Uniform Local Rule 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant them a 14-day extension of time by and through August 12, 2021, to file their replies in support of the 12(b) Motions.

Date: July 21st, 2021

/s/ P. Ryan Beckett
P. Ryan Beckett, MS #99524
La'Toyia J. Slay, MS #104804
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) ryan.beckett@butlersnow.com
(E) la'toyia.Slay@butlersnow.com


/s/ Erik T. Koons
Erik T. Koons (admitted *pro hac vice*)
Jana I. Seidl (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
erik.koons@bakerbotts.com
jana.seidl@bakerbotts.com

/s/ Craig A. Stanfield
Craig A. Stanfield (admitted *pro hac vice*)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
cstanfield@kslaw.com


*Counsel for GP Wood Products LLC*


/s/ Carl S. Burkhalter
Carl S. Burkhalter (*Pro Hac Vice* #46193)
MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1081
cburkhalter@maynardcooper.com

*/s/ Evan N. Parrott*
Evan N. Parrott (MS Bar No. 104564)
MAYNARD, COOPER & GALE, P.C.
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
(251) 432-0001
eparrott@maynardcooper.com

*Counsel for Canfor Corporation*


*/s/ Alex Purvis*
Alex Purvis (MSB #100673)
Simon Bailey (MSB 103925)
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
PO Box 1789
Jackson, MS  39215-1789
Telephone: 601-948-8000
Facsimile:  601-948-3000
sbailey@bradley.com
apurvis@bradley.com

*/s/ Charles H. Samel*
Charles H. Samel (admitted *pro hac vice*)
Stoel Rives LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415-617-8900
Facsimile: 415-617-8907
charles.samel@stoel.com

Emily Atmore (admitted *pro hac vice*)
Stoel Rives LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: 612-373-8800
Facsimile: 612-373-8881
emily.atmore@stoel.com

*Counsel for Hampton Tree Farms, LLC*

/s/ R. David Kaufman
R. David Kaufman, MSB # 3526
dkaufman@brunini.com
M. Patrick McDowell, MSB # 9746
pmcdowell@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
P.O. Drawer 119
Jackson, MS  39205
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902

/s/ David Maas
David Maas, WSBA #50694 (admitted *pro hac vice*)
davidmaas@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Counsel for Idaho Forest Group*

/s/ Adam Stone
Adam Stone (MSB No. 10412)
Kaytie M. Pickett (MSB No. 103202)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
kpickett@joneswalker.com
astone@joneswalker.com

Karen Hoffman Lent (admitted *pro hac vice*)
Matthew M. Martino (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
Karen.Lent@skadden.com
Matthew.Martino@skadden.com
Evan.Kreiner@skadden.com

*Counsel for Interfor Corporation*

5

/s/ William C. Brabec
William C. Brabec (MSB #4240)
Adam V. Griffin (MSB #103560)
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157
Phone: (601) 353-3234
Fax: (601) 355-9708
bill.brabec@arlaw.com
adam.griffin@arlaw.com

*Counsel for PotlatchDeltic Land & Lumber, LLC*

/s/ Chadwick M. Welch
Chadwick M. Welch (MSB No. 105588)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel.: 601.790.1588
Fax: 601.707.3075
cwelch@hpwlawgroup.com

*Counsel for RSG Forest Products, Inc.*

/s/ Jack R. Dodson, III
Jack R. Dodson, III (MS Bar #10397)
K&L Gates, LLP
222 Second Ave. South, Ste. 1700
Nashville, TN 37201
Telephone: 615-780-6742
E-mail: Rob.Dodson@klgates.com

Allen R. Bachman (Pro Hac Admission Pending)
K&L Gates, LLP
1601 K Street NW #1
Washington, DC 20006
Phone: 202-778-9117
Fax: 202-778-9100
E-mail: allen.bachman@klgates.com

*Counsel for Defendant Sierra Pacific Industries*

/s/ Corey D. Hinshaw
Corey D. Hinshaw (MSB No. 101520)
Briana A. O'Neil (MSB No. 105714)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 695-1900
Email: chinshaw@watkinseager.com
Email: boneil@watkinseager.com

Rachel S. Brass (admitted *pro hac vice*)
Deena B. Klaber (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
rbrass@gibsondunn.com
dklaber@gibsondunn.com

*Counsel for West Fraser, Inc.*
(On behalf of the entity sued as "West Frasser")

/s/ Joshua J. Metcalf
JOSHUA J. METCALF, MSB #100340
joshua.metcalf@formanwatkins.com
CHELSEA C. LEWIS, MSB #105300
chelsea.lewis@formanwatkins.com
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

/s/ Christopher E. Ondeck
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
(202) 416-6800
COndeck@proskauer.com
SChuk@proskauer.com

*Counsel for Weyerhaeuser Company*

7

## CERTIFICATE OF SERVICE

I, P. Ryan Beckett, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 21st day of July, 2021.


*/s/ P. Ryan Beckett*
P. Ryan Beckett

60313261.v1