# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**DAVID B. TURNER BUILDERS  LLC, and**                 **PLAINTIFFS**
**NEW ENGLAND CONSTRUCTION LLC**


**VS.**                 **CIVIL ACTION NO.3-21-cv000309-HTW-LGI**

**WEYERHAESER COMPANY,  WEST FRASSER,**       **DEFENDANTS**
 **CANFOR COMPANY, GEORGIA-PACIFIC,**
 **SIERRA PACIFIC INDUSTRIAL,**
 **INTERFOR COMPANY, HAMPTON AFFILIATES, IDAHO FOREST**
 **GROUP, POTLATCH DELTIC, RSG FOREST PRODUCTS**
**JOHN DOE 1-5**
**JOHN DOE COMPANIES 1-5**

---

## PLAINTIFFS  MOTION TO RECUSE
### BASED ON 28 U.S.C. § 455(a) ( "§ 455(a)"). Section 455(a)

---

**COMES NOW,** Plaintiffs' David Turner Properties LLC, and New England Construction

LLC by and through his attorney of record and files this motion for the recusal of the

Honorable Judge Henry T. Wingate in this matter based on  28 U.S.C. § 455(a) ( "§

455(a)"). Section 455(a).


As such, Plaintiff offers the honorable court to wit:

1.    Attorney Abby Robinson extern under The Honorable Court over [5] years ago, and has not been in communications with the Honorable Court in any legal capacity since the leaving of that post.   As a result, Plaintiffs had no reason to believe that the court's ability to adjudicate impartially would be at issue.   However, since the Court recused in one matter the Court should recuse in all matters involving Plaintiffs attorney.

2.    The timing of Plaintiffs motion to recuse is appropriate because no issue arises until [3] days ago, on Friday, September 17, 2021 the Honorable Court recused *sua sponte* its another action whereby attorney Robinson is the attorney of record.   There the court provided various reasons for the recusal which clearly shows that the Honorable Court's ability to be impartial might be questioned in this matter, although Plaintiffs counsel thought that the Court after seeing Plaintiffs counsel on his docket would have considered the matter and resolved that the court could indeed be fair in the adjudication, Plaintiffs counsel was shown to be mistaken.   Plaintiffs attorney there and here admonishes that she did not file a motion to recuse in either action for the following reasons, (1) There has been no communications between the Honorable Court and this attorney, (2) The Honorable Court was motioned to recuse in another matter over a year ago and therefore, the Honorable Court might have had constructive knowledge that its judgment in matters involving this attorney should be considered by the Court.  (3)  Plaintiffs attorney moves with great caution seeking the

recusal of a District Judge each time cases assigned to this Honorable Court appears. In other words it might be looked as dilatory, or an abuse of the action, for this attorney to consistently seek the recusal of the Court as though the Court could not recuse *sua sponte*.

3. For clarity of the statement,   in the past year Plaintiffs counsel filed a motion to recuse in another matter and whereby this Honorable Court did recuse, so why it took the Honorable Court as long to recuse September 17, 2021 is the prerogative of the courts not the attorney before the court.  As such, and to be timely hereto, Plaintiffs motion to recuse in this matter is felicitous.

4. Therefore, Plaintiffs counsel is so elated that the Honorable Court recused from the matter on September 17, 2021 without Plaintiffs counsel seeking a motion to recuse, Plaintiffs believe that the above captioned matter before the Honorable Court should also be granted with this motion for recusal in all fairness in adjudication.

5. Moreover, out of the abundance of caution to fair playing and tradition, Plaintiffs respectfully ask that the Court recuse in this matter in the sole interest of fairness and judicial impartiality based on the reasoning of impartiality and any other just cause so stated and believed by the Honorable Court.

6.  Last, it is important to note that  Attorney Abby Robinson urges that she has not had any communications with the court  and seeks this recusal in the interest of justice and fair playing out of respect for the honorable court and LOC. Uniform Rules of District Court especially since the court feels that it cannot be impartial in other cases that the court was assigned to that including attorney Abby Robinson esq. then it follows that the same fairness of this case should be considered in the same scope of fairness to all parties involved in this matter.

7.  Furthermore, Plaintiffs seek recusal of the honorable Court based on  **and** pursuant **28 U.S.C. § 455(a) ( "§ 455(a)").** **Section 455(a)** states that a judge should recuse himself "in any proceeding in which his impartiality might reasonably be questioned." "In order to determine whether a court's impartiality is reasonably in question, the objective inquiry is whether a well-informed, thoughtful and objective observer would question the court's impartiality." ***Trust Co. v. N.N.P.,*** 104 F.3d 1478, 1491 (5th Cir.1997) (citing ***United States v. Jordan,*** 49 F.3d 152, 155–58 (5th Cir.1995)).   Therefore, the Honorable Court recused himself from Plaintiffs other matters as of September 17, 2021 and the same consideration ***should be granted t***o the parties of this matter in the interest of justice and fair adjudication.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned acknowledges that she has filed the foregoing pleading on September

21, 2021   with the Clerk of the Court whom has sent the same to all parties in this

litigation.


**<u>/s/ Abby Robinson (MSB 105157)</u>**
ABBY ROBINSON & ASSOCIATES LAW FIRM PLLC.
227 Pearl Street
JACKSON, MISSISSIPPI 39201
PHONE: 601-321-9343
EMAIL: <u>arobinsonlawfirm@yahoo.com</u>
EMAIL: <u>abby@askabbylaw.com</u>
attorney for Plaintiff

Ryan Beckett MBN. 99524
La'Toyia Slay  MBN. 104804
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39158
ph. 601-948-5700
Email: <u>rayan.beckett@butlersnow.com</u>
La'<u>toyia.Slay@butlersnow.com</u>

Erik Koons(admitted pro hac vice
Baker Botts LLP
700 K. Street NW
Washington, DC 20001
Email <u>erik.koons@bakerbotts.com</u>
<u>jana.seidl@bakerbotts.com</u>

Craig Stanfield(admitted pro hac vice
King & Spalding LLP
1100 Lousiana, Suite 4100
Houston, TX 770002
email: <u>estanfield@kslaw.com</u>

Carl Burkhalter pro hac vice
Maynard, Cooper & Gale P.C.
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
Email: cburkhalter@maynardcooper.com
Email: parrot@maynardcooper.com


R. David Kaufman, MSB 3526
M. Patrick McDowell, MSB. 9746
Brunni, Grantham, Grower & Hewes, PLLC
190 E. Capitol Street, Suite 100
Email dkaufman@brnini.com
pmdowell@brunini.com

David Maas, admitted pro hac vice
Davis Wright Tremaine LLP
920 5th Avenue, suite 3300
Seattle, WA 98104-1610
davidmaas@dwt.com
ph. 206-622-3150

Adam Stone MSB. 10412
Kaytie Pickett MSB. 103202
Jones Walker LLP
190 E. CAPITOL STREET SUITE 800
JACKSON, MS 39201
PH. 601-949-4900
Email: kpickett@joneswalker.com
astone@joneswalker.com

Karen Hoffman Lent admitted pro  hac vice
Matthew Martino
Evan Kreiner
Skadden, ARPS, Slate, Meagher&FLOM
One Manhattan West
New York, NY 10001
ph. 212-735-3000

Chadwik Welch

Heidelberg Patterson Welch Wright
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
ph. 601-790-1588
Email: cwelch@hpwlawgroup.com

Jack R. Dodson, III MSB. 10397
K&L Gates, LLP
222 Second Ave. South set. 1700
Nashville, TN 37201
ph. 615-780+6742
Email: rob.Dodson@klgates.com

Allen Bachman pending pro hac vice
K&L Gates, LLP
1601 K. street NW #1
Washington, DC 20006
ph. 202778-9100
email: allen.bachman@klgates.com

Corey hinshaw MSB. 101520
Briana O'Neil MSB. 105714
Watkins & Eager PLLC
400 E. Capitol Street 39201
Jackson, MS 39201
ph. 601-695-1900
Email: chinshaw@watkinseager.com
boneil@watkinseager.com

Rachel Brass admitted pro hac vice
Denna Klaber admitted pro hac vice
Gibson Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
ph. 415-393-8200
Email: rbrass@gibsondunn.com
dklaber@gibsondunn.com

Joshua Metclaf, MBN. 100340
CHELSEA LEWIS, MBN 105300

Forman Watkins & Krutz LLP
210 E. Capitol Street, suite 2200
Jackson, MS 39201
ph. 601-960-8600
email: joshua.metcalf@formanwatkins.com
chelsea.lewis@formanwatkins.com

Christopher Ondeck admitted pro hac vice
Stephen Chuk admitted pro hac vice
Proskauer Rose LLP
1001 Pennsylvania Ave. NW, Suite 600
Washington, DC 2004
ph. 202-416-6800
Email: COndeck@proskauer.com
SCuk@proskauer.com