# Barnett PHILLIPS Lumber & Home Center
## One Stop Building Supply Store

Barnett Phillips
PO Box 520
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

2106-617848   R1   PAGE 1 OF 1

| SOLD TO | JOB ADDRESS | ACCOUNT | JOB |
|---|---|---|---|
| CHRIS OUTSIDE SALES | ABBY ROBINSON | CP133 | 0 |
| | | CREATED ON | 06/02/2021 |
| | | EXPIRES ON | 06/03/2021 |
| | | BRANCH | 1000 |
| | | CUSTOMER PO# | |
| | | STATION | B3 |
| | | CASHIER | KHERN |
| | | SALESPERSON | CP |
| | | ORDER ENTRY | CP |
| | | MODIFIED BY | KHERN |

*****NOTICE*****
*****PICK TICKETS VOID AFTER 7 DAYS!!*****

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 2824HF | 2X8-24' HEM/FIR OR SPRUCE 24BF/PC | | 1 | PC | 65.0620 | PC | 65.06 |
| 2622HF | 2X6-22' HEM-FIR OR SPRUCE | | 1 | PC | 50.4735 | PC | 50.47 |
| 26202 | 2X6 20' #2 SYP S4S 20BF/PC | | 1 | EA | 25.6450 | EA | 25.65 |
| 26182 | 2X6 18' #2 SYP S4S 18BF/PC | | 1 | EA | 24.5295 | EA | 24.53 |
| 26162 | 2X6 16' #2 SYP S4S (C2)16BF/PC | | 1 | EA | 21.3440 | EA | 21.34 |
| 26142 | 2X6 14' #2 SYP S4S (C2)14BF/PC | | 1 | EA | 18.5955 | EA | 18.60 |
| 26122 | 2X6 12' #2 SYP S4S (C2) 12BF/PC | | 1 | EA | 16.5600 | EA | 16.56 |
| 26102 | 2X6 10' #2 SYP S4S 9c2) 10BF/PC | | 1 | EA | 13.3400 | EA | 13.34 |
| 2824HF | 2X8-24 HEM FIR 32BF/PC FJSPRUCE | | 1 | PC | 63.2950 | PC | 63.30 |
| 2822HF | 2X8-22'HEM-FIR 29.333BF/PC | | 1 | PC | 59.0333 | PC | 59.03 |
| 28202 | 2X8 20' #2 SYP S4S 26.666BF/PC | | 1 | EA | 38.6400 | EA | 38.64 |
| 28182 | 2X8 18' #2 SYP S4S 24BF/PC | | 1 | EA | 35.0520 | EA | 35.05 |
| 28162 | 2X8 16' #2 SYP S4S (C1) 21.333BF/PC | | 1 | EA | 30.2987 | EA | 30.30 |
| 28142 | 2X8 14' #2 SYP S4S (C1) 18.666BF/PC | | 1 | EA | 26.7260 | EA | 26.73 |
| 28122 | 2X8 12' #2 SYP S4S (C1) 16BF/PC | | 1 | EA | 22.3580 | EA | 22.36 |
| 12WGP | G-P(BLUE)7/16"4X8 OSB/WAFER | | 1 | PC | 47.6138 | PC | 47.61 |

**EXHIBIT A**

All prices are subject to change ... quote expiration.
Prices quoted are based on total package price and subject to change if total package purchased or contents of package change.

| | | |
|---|---|---|
| | Subtotal | 548.57 |
| MS 7.00% | Sales Tax | 38.40 |
| | Total | 586.97 |

Signature

# THE HOME DEPOT

## QUOTE

Store 2912 MADISON, MS
211 COLONY WAY
MADISON, MS 39110

Phone: (601) 856-4660
Salesperson: SKM891
Reviewer:

Page 1 of 1

**No. H2912-80797**

## QUOTE

2021-05-07 10:41
Prices Valid Thru: 05/14/2021

### SOLD TO

| | |
|---|---|
| Name | CONSTRUCTION |
| Address | 227 E PEARL STREET |
| City | JACKSON |
| State | MS |
| Zip | 39201 |
| Company Name | |
| Job Description | OSB |
| County | HINDS |
| Phone 1 | (601) 668-6400 |
| Phone 2 | |

### CARRY OUT MERCHANDISE

STOCK MERCHANDISE CARRIED OUT:

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-386-081 | 25.00 | EA | 7/16 4X8 OSB | A | Y | $39.95 | $998.75 |

MERCHANDISE TOTAL: $998.75

REF # W02   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale. We reserve the right to limit the quantities of merchandise sold to customers.

END OF CARRY OUT MERCHANDISE - REF #W02

### TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

Policy Id (PI):
90 DAYS DEFAULT POLICY:

| ORDER TOTAL | |
|---|---|
| SALES TAX | $998.75 |
| | $69.91 |
| TOTAL | $1,068.66 |
| BALANCE DUE | $1,068.66 |

The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.

END OF ORDER No. H2912-80797

**NOT VALID FOR MERCHANDISE**

Page 1 of 1

No. H2912-80797

Customer Copy

# PRASSEL LUMBER COMPANY, INC.

RETAIL STORE – RIDGELAND TELEPHONE (601) 856-4191 FAX (601) 856-7059
P.O. BOX 3378 RIDGELAND, MS 39158-3378
INDUSTRIAL TELEPHONE (601) 853-6873 FAX (601) 856-7059 / ICC# MC172904

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.
MATERIAL SAFETY DATA SHEETS ARE AVAILABLE UPON REQUEST.

INVOICE IS SUBJECT TO CORRECTION FOR CLERICAL ERRORS.
CHECK LOAD WITH DRIVER
ANY CLAIMS MUST BE MADE ON RECEIPT OF GOODS.

08:12:36

| DATE | INVOICE |
|---|---|
| 06/03/21 | 976442 |

**SOLD TO:** 002300 RIDGELAND CASH, RIDGELAND, MS.

** INVOICE **

TAX JURISDICTION NO. / DESCRIPTION: 0002 MS-RETAIL
TAX EXEMPT:

| DATE ORDERED | DATE SHIPPED | SHIP VIA | JOB NO | CUST ORDER NO | SALESPERSON | CLK | TERMS | COPY | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 06/03/21 | 06/03/21 | | | NEW ENGLAND CONST | 0 | 44 | | 01 | 01 |

| ITEM | ORDERED/BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2332TGSFP EA | 10.00 | 10.00 | 23/32" T&G STURD-I-FLR PINE PLYWOOD | 43.34 * | 433.40 |
| 212102P EA | 2.00 | 2.00 | 2X12X10 #2 PINE | 41.85 * | 83.70 |

| SALES AMOUNT | SALES TAX | SHIPPING CHG | CODE | DEPOSIT | CASH | CODE | |
|---|---|---|---|---|---|---|---|
| 517.10 | 36.20 | | | | 553.30 | 2 | .00 |

1351101

↑ PLEASE PAY THIS AMOUNT

RECEIVED BY _____
BUYER OR REPRESENTATIVE OF BUYER

RECEIPT OF THESE GOODS ACKNOWLEDGES ACCEPTANCE OF OUR TERMS.

# PRASSEL LUMBER COMPANY, INC.

RETAIL STORE RIDGELAND INDUSTRIAL (601) 856-4150 FAX (601) 856-7059
P.O. BOX 3378 RIDGELAND, MS 39158-3378
INDUSTRIAL TELEPHONE (601) 853-6873 FAX (601) 856-7059 / ICC# MC172904

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.
MATERIAL SAFETY DATA SHEETS ARE AVAILABLE UPON REQUEST.

INVOICE IS SUBJECT TO CORRECTION FOR CLERICAL ERRORS.
CHECK LOAD WITH DRIVER.
ANY CLAIMS MUST BE MADE ON RECEIPT OF GOODS.

| DATE | INVOICE |
|---|---|
| 04/28/21 | 972540 |

14:48:29

**SOLD TO:** 002300 RIDGELAND CASH, RIDGELAND, MS.

**SHIP TO:** ** INVOICE ** 854 N. LIVINGSTON RD

TAX JURISDICTION NO. / DESCRIPTION: 0002 MS--RETAIL

| OG | DATE ORDERED | DATE SHIPPED | SHIP VIA | JOB NO | CUST. ORDER NO. | SALESPERSON | CLK | TERMS | COPY | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/28/21 | 04/28/21 | | | NEW ENGLAND CONST | 0 | 44 | | 01 | 01 |

| ITEM | ORDERED / BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7160SB2 EA | 30.00 | 30.00 | 7/16 ORIENTED STRAND B | 38.50 | 1155.00 |
| 212142P EA | 20.00 | 20.00 | 2X12X14 #2 PINE | 41.75 | 834.60 |

K# 3024

| SALES AMOUNT | SALES TAX | SHIPPING CHG | | CODE | DEPOSIT | CASH | CODE | |
|---|---|---|---|---|---|---|---|---|
| 1989.60 | 140.32 | 15.00 | | | | 2144.92 | 2 | .00 |

1353126

**PLEASE PAY THIS AMOUNT**

RECEIVED BY _____
BUYER OR REPRESENTATIVE OF BUYER

RECEIPT OF THESE GOODS ACKNOWLEDGES ACCEPTANCE OF OUR TERMS



Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

2105-608996   R2   PAGE 1 OF 2

| SOLD TO | JOB ADDRESS | ACCOUNT | JOB |
|---|---|---|---|
| DAVID B TURNER BUILDERS<br>213 Palmers Ct<br>MADISON MS 39110 | list jobs<br><br>(601) 209-4308 | T1625 | 1 |
| | | CREATED ON | 05/03/2021 |
| | | EXPIRES ON | 05/04/2021 |
| | | BRANCH | 1000 |
| | | CUSTOMER PO# | |
| | | STATION | B10 |
| | | CASHIER | KHERN |
| | | SALESPERSON | LEEC |
| | | ORDER ENTRY | KHERN |
| | | MODIFIED BY | KHERN |

Thank you for your business!
*****PICK TICKETS VOID AFTER
14 DAYS!!*******************

lot 78

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 1636LVL | 16"X1-3/4"X36' LVL (SOLID) LP LVL 2.0E 1.75X16"LENGTH | | 2 | EA | 259.4348 | EA | 518.87 |
| 1624LVL | 16"X1-3/4"X24' LVL SOLID LP LVL 2.0E 1.75X16"LENGTH | | 4 | EA | 172.8183 | EA | 691.27 |
| 1620LVL | 16"X1-3/4"X20' LVL SOLID LP LVL 2.0E 1.75X16" | | 3 | PC | 144.1304 | PC | 432.39 |
| 1624LVL | 16"X1-3/4"X24' LVL SOLID LP LVL 2.0E 1.75X16"LENGTH | | 6 | EA | 172.8183 | EA | 1036.91 |
| 21224HF | 2X12-24 HEM FIR | | 2 | PC | 73.8261 | PC | 147.65 |
| 212122 | 2X12 12' #2 SYP S4S (D2) 24BF/PC | | 2 | EA | 47.0870 | EA | 94.17 |
| 26082 | 2X6 8' #2 SYP S4S (C2) 8BF/PC | | 9 | EA | 9.4348 | EA | 84.91 |
| 26102 | 2X6 10' #2 SYP S4S 9c2) 10BF/PC | | 4 | EA | 12.3370 | EA | 49.35 |
| 26122 | 2X6 12' #2 SYP S4S (C2) 12BF/PC | | 42 | EA | 15.5870 | EA | 654.65 |
| 26202 | 2X6 20' #2 SYP S4S 20BF/PC | | 9 | EA | 24.5652 | EA | 221.09 |
| 26142 | 2X6 14' #2 SYP S4S (C2)14BF/PC | | 8 | EA | 17.5000 | EA | 140.00 |
| 28142 | 2X8 14' #2 SYP S4S (C1) 18.666BF/PC | | 25 | EA | 24.1818 | EA | 604.55 |
| 28162 | 2X8 16' #2 SYP S4S (C1) 21.333BF/PC | | 15 | EA | 26.6667 | EA | 400.00 |
| 210162 | 2X10X16' #2 SYP D3 (26.67BF/PC) | | 9 | EA | 33.4783 | EA | 301.30 |
| 210182 | 2X10 18' #2 SYP S4S (D3)30BF/PC | | 9 | EA | 37.3370 | EA | 336.03 |
| 212182 | 2X12 18' #2 SYP S4S (D2) 36BF/PC | | 18 | EA | 68.4000 | EA | 1231.20 |
| 2824HF | 2X8-24 HEM FIR 32BF/PC  FJSPRUCE | | 12 | PC | 57.9130 | PC | 694.96 |
| 2622HF | 2X6-22' HEM-FIR OR SPRUCE | | 150 | PC | 46.0000 | PC | 6900.00 |

| | Subtotal | |
|---|---|---|
| | Sales Tax | |
| | Total | |

Unit prices are subject to change without notice anytime after quote expiration.

All prices quoted are based on total package price and subject to change if total package not purchased or contents of package change.

Buyer:

_____
Signature



Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



# QUOTE

2105-608996   R2   PAGE 2 OF 3

| SOLD TO | JOB ADDRESS | ACCOUNT | JOB |
|---|---|---|---|
| DAVID B TURNER BUILDERS<br>213 Palmers Ct<br>MADISON MS 39110 | list jobs<br><br>(601) 209-4308 | T1625 | 1 |
| | | CREATED ON | 05/03/2021 |
| | | EXPIRES ON | 05/04/2021 |
| | | BRANCH | 1000 |
| | | CUSTOMER PO# | |
| | | STATION | B10 |
| | | CASHIER | KHERN |
| | | SALESPERSON | LEEC |
| | | ORDER ENTRY | KHERN |
| | | MODIFIED BY | KHERN |

Thank you for your business!
*****PICK TICKETS VOID AFTER 14 DAYS!!********************

Signed: Dav. Turner

| Item | Description | Qty | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|
| COMMENT | out of 2414s 2416s cheaper same footage | | | | | |
| 2416S | 2X4 16' SPRUCE STD & B' (B3)10.666 BF | 2 | EA | 13.9663 | EA | 7290.41 |
| 28162 | 2X6 16' #2 SYP S4S (C1) 21.333BF/PC | 5 | EA | 26.6667 | EA | 400.00 |
| COMMENT | out of 12BB till wk 5/10 | | | | | |
| 2B8 | 1/2" BLACK 6-SIDES SHEATHING non-structural | 75 | PC | 11.8200 | PC | 886.50 |
| 2410SS | 2x4x116-5/8 *STUD* SPF 10' (10'STUD) SPRUCE/HEM FIR/DOUG FIR 6.479 bf/pc | 700 | PC | 10.8411 | PC | 7588.77 |
| COMMENT | quoted 12' 2x4 do not have 11' | | | | | |
| 2412S | 2X4 12' SPRUCE (B3) 8BF | 40 | EA | 10.6522 | EA | 425.09 |
| 24143B | 2X4-14 #3 *BORATE* TREATED SYP(BLUE) #3-#3-FOR SILL PLATES OR INTERIOR ONLY | 56 | EA | 11.3928 | EA | 638.00 |
| 18MS | 18"X300' 6M BLK MOIST STOP | 2 | ROL | 17.5652 | ROL | 35.13 |
| RHW | 108"X150' REX-WRAP HOUSE WRAP | 3 | ROL | 42.3913 | ROL | 127.17 |
| PMR14 | PMR GENERIC HITACHI 3X120 ROUND HEAD 4M/ | 15 | EA | 27.4891 | EA | 412.34 |
| 7646DF | DUOFAST 1 1/2" DECKING STAPLE | 3 | BOX | 32.6087 | BOX | 97.83 |
| 1PCN | 1" PLAS CAP 7 LB BOX NAIL | 3 | BX | 7.6087 | BX | 22.83 |
| SP | 1/4"X3" SPLIT PIN 100 CT BOX | 3 | BX | 24.6304 | BX | 73.89 |
| 12WGP | G-P(BLUE)7/16"4X8 OSB/WAFER | 220 | PC | 38.5293 | PC | 8476.45 |
| TECHNOPLY | TECHNOPLY ALPHA PROTECH REX SB 48"X250 (1000SF/RL) | 8 | ROL | 46.7391 | ROL | 373.91 |

| | |
|---|---|
| Subtotal | |
| Sales Tax | |
| Total | |

Unit prices are subject to change without notice anytime after quote expiration.

All prices quoted are based on total package price and subject to change if total package not purchased or contents of package change.

Buyer: _____

Signature _____



Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

2105-608996   R2   PAGE 1 OF 3

| SOLD TO | JOB ADDRESS | ACCOUNT | JOB |
|---|---|---|---|
| DAVID B TURNER BUILDERS<br>213 Palmers Ct<br>MADISON MS 39110 | list jobs<br><br>(601) 209-4308 | T1625 | 1 |

| | |
|---|---|
| CREATED ON | 05/03/2021 |
| EXPIRES ON | 05/04/2021 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | B10 |
| CASHIER | KHERN |
| SALESPERSON | LEEC |
| ORDER ENTRY | KHERN |
| MODIFIED BY | KHERN |

Thank you for your business!
*****PICK TICKETS VOID AFTER 14 DAYS!!*******************

lot 78

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 1PCN | 1" PLAS CAP 7 LB BOX NAIL | | 2 | BX | 7.6087 | BX | 15.22 |
| 16162 | 1X6 10' #2 SYP S4S (A2) | | 40 | EA | 11.9565 | EA | 478.26 |
| 49FJP | *F/J* 49 CROWN PRIMED 3-5/8" MLD (SO) | | 20 | PC | 10.9100 | PC | 218.20 |
| 1612HPVS | 16"X12' HARDIE SMOOTH VENTED SOFFIT | | 30 | PC | 22.8043 | PC | 684.13 |
| 28082T | 2X8-08 #2 TREATED SYP GROUND CONT (C1) | | 4 | PC | 13.3333 | PC | 53.33 |
| 28202 | 2X8 20' #2 SYP S4S 26.666BF/PC. | | 1 | EA | 33.9130 | EA | 33.91 |
| 28102 | 2X8 10' #2 SYP S4S (C1) 13.333BF/PC | | 1 | EA | 15.5797 | EA | 15.58 |
| COMMENT | 60pcs tall wall out of 9'&10" due wk 5/10/21 | | | | | | |
| COMMENT | left off did not know 9 or 10 | | | | | | |

| | | |
|---|---|---|
| | Subtotal | 42,887.25 |
| MS 7.00% | Sales Tax | 3,002.11 |
| | Total | 45,889.36 |

Unit prices are subject to change without notice anytime after quote expiration
All prices quoted are based on total package price and subject to change if total package not purchased or contents of package change.

Buyer:

Signature

```
ESTIMATE #396                      84 LUMBER CO.
05/03/21  1:17 PM                                                           PAGE   1

NAME:    DAVID B. TURNER BUILDERS LLC.    STORE:     1804 - CANTON
CODE:    0460180400-000-000               ADDRESS:   155 CANTON ONE DR
ADDRESS: 213 PALMER'S COURT               PHONE:     (601) 407-1484
         MADISON, MS 39110                ASSOCIATE: MIKE SHEPPARD
PHONE:   (601) 209-4308   FAX: (601) 607-3029   EST DATE: 05/03/21   START:  / /
PROJECT: 78 WESTLAKE


< THIS IS NOT A RECEIPT >           #396              CUSTOMER COPY
----------------------------------------------------------------------------------
        P.O.S.#      QTY    DESCRIPTION                   PRICE    EXTENDED
----------------------------------------------------------------------------------
                            ** DELIVERED
  1.   2041437       56     2X4X14  SYP #3 BORATES INT    11.58      648.48
  2.   2081604       15     2X8X16  KD SYP #2             19.26      288.90
  3.   2041401      596     2X4X14  #2&BTR KD SPF         12.45     7420.20
  4.   4485800       67     7/16X4X9  OSB                 38.24     2562.08
  5.   9999906       75     1/2X4X8 BLACK BOARD           11.71      878.25
  6.   2411601      700     2X4X116-5/8 KD SPF STUD        8.63     6041.00
  7.   2412801       40     2X4X128-5/8 KD SPF STUD        9.35      374.00
  8.   4279800        2     1-3/4X16X36 LVL 2.0BTR       227.88      455.76
  9.   4261800        4     1-3/4X16X24 LVL 2.0BTR       146.46      585.84
 10.   4279500        6     1-3/4X16X22 LVL 2.0BTR       135.20      811.20
 11.   4263500        3     1-3/4X16X20 LVL 2.0BTR       126.04      378.12
 12.   2122401        2     2X12X24 SPF/GDF 2B            82.75      165.50
 13.   2121204        2     2X12X12 KD SYP #2             41.06       82.12
 14.   2060804        9     2X6X8  KD SYP #2               7.78       70.02
 15.   2061004        4     2X6X10 KD SYP #2               9.48       37.92
       2061204       42     2X6X12 KD SYP #2              11.68      490.56
 17.   2062004        9     2X6X20 KD SYP #2              19.19      172.71
 18.   2061404        8     2X6X14 KD SYP #2              12.95      103.60
 19.   2081404       20     2X8X14 KD SYP #2              16.33      326.60
 20.   2081604       15     2X8X16 KD SYP #2              19.26      288.90
 21.   2101604        9     2X10X16 KD SYP #2             24.89      224.01
 22.   2101804        9     2X10X18 KD SYP #2             26.42      237.78
 23.   2121804       18     2X12X18 KD SYP #2             67.67     1218.06
 24.   4776100        2     .006X18X300 POLY BLACK        15.76       31.52
 25.   7440344        3     9X150 NS 84 LOGO WRAP         54.67      164.01
 26.   8937700       15     3X120 SM PLASTIC 4M           38.71      580.65
 27.   9779600        3     EZ-7648 16G 1-1/2 STAPLE      35.35      106.05
 28.   9765600        3     1" PLASTIC CAP 2M              8.79       26.37
 29.   199498         3     HC2041 DRILL BIT 1/4X4X6       4.04       12.12
 30.   6124000      300     CSD25300-1/4X3 (100)           0.28       84.00
 33.   2082401       12     2X8X24 SPF/GDF 2B             53.78      645.36
 34.   2062201      150     2X6X22 SPF/GDF 2B             44.76     6714.00
 35.   71600        220     7/16X4X8 OSB                  41.56     9143.20
 36.   2526600        8     SHINGLELAYMENT LWE 10SQ       59.50      476.00
 37.   9765600        2     1" PLASTIC CAP 2M             18.50       37.00
 38.   5509896     1000     PSCA 7/16 (250)                0.05       50.00
 39.   1450472       40     4/4X6X16  MIRATEC             18.29      731.60
```

```
ESTIMATE #396                              84 LUMBER CO.
05. _/21  1:17 PM
                                                                          PAGE    2
NAME:      DAVID B. TURNER BUILDERS  LLC.    STORE:     1804 - CANTON
CODE:      0460180400-000-000                ADDRESS:   155 CANTON ONE DR
ADDRESS:   213 PALMER'S COURT                PHONE:     (601) 407-1484
           MADISON, MS 39110                 ASSOCIATE: MIKE SHEPPARD
PHONE:     (601) 209-4308   FAX: (601) 607-3029  EST DATE: 05/03/21   START:  / /
PROJECT:   78 WESTLAKE

    < THIS IS NOT A RECEIPT >           #396          CUSTOMER COPY

        P.O.S.#      QTY    DESCRIPTION                  PRICE    EXTENDED

40.    1609000       320    WM49 3-5/8 PRMD CROWN         0.79      252.80
41.    1070352        30    16"X12 NICHI SMTH VNT SOFF   19.25      577.50
42.    2080807         1    2X8X8  SYP TREATED #1        16.16       16.16
43.    2082004         1    2X8X20  KD SYP #2            28.60       28.60
44.    2081004         1    2X8X10  KD SYP #2            12.77       12.77

                                                TOTAL    $46,599.91
```

84 LUMBER CO. ESTIMATE AND PRICING POLICY

1. REGULAR UNIT PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE ANYTIME AFTER 7 DAYS FOLLOWING DATE OF ESTIMATE.
2. SALE PRICES ARE IN EFFECT ONLY UNTIL THE END OF THE ADVERTISED SALE PERIOD.
3. CUSTOMER DEPOSIT OF FULL AMOUNT OF ESTIMATED TOTAL PRICE WILL RENDER UNIT PRICES FIRM FOR 30 DAYS FROM DATE OF DEPOSIT.
4. 84 LUMBER CO. ASSUMES NO RESPONSIBILITY FOR ACCURACY OF TAKE OFFS FROM DRAWINGS OR BLUEPRINTS OR THAT THE PRODUCTS LISTED WILL BE SUFFICIENT TO COMPLETE CUSTOMER'S INTENDED PROJECT. CUSTOMERS SHOULD HAVE QUALIFIED ENGINEER OR ARCHITECT REVIEW ALL QUANTITIES.
5. THIS ESTIMATE DOES NOT CONSTITUTE A CONTRACT OF SALE OR GUARANTEE AVAILABILITY OF ANY PRODUCT LISTED.
6. ALL PRICES QUOTED BASED ON TOTAL PACKAGE PRICE AND SUBJECT TO CHANGE IF TOTAL PACKAGE NOT PURCHASED OR CONTENTS OF PACKAGE CHANGE.

For this project, call Maggie's Mgmt LLC dba 84 Insurance for a quote on Builders Risk Insurance at 877-866-1384 Opt. 1 Ext. 2108 or visit 84insurance.com.

Maggies Management, LLC is a licensed insurance producer and is a separate entity from 84 Lumber Co. 84 Lumber Co. is not licensed to and does not sell insurance.



Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

2102-587784   R1   PAGE 1 OF 1

| ACCOUNT | JOB |
|---|---|
| CP133 | 0 |
| CREATED ON | 02/25/2021 |
| EXPIRES ON | 02/26/2021 |
| BRANCH | 1005 |
| CUSTOMER PO# | |
| STATION | B1 |
| CASHIER | NMURPH |
| SALESPERSON | CP |
| ORDER ENTRY | CP |
| MODIFIED BY | NMURPH |

**SOLD TO**
CHRIS OUTSIDE SALES

**JOB ADDRESS**
ABBY ROBINSON
945 LIVINGSTON RD

Thank you for your business!

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 24143B | 2X4-14 #3 "BORATE" TREATED SYP(BLUE) #3-#3-FOR SILL PLATES OR INTERIOR ONLY | | 90 | EA | 10.9900 | EA | 989.10 |
| 2410SS | 2x4x116-5/8 "STUD" SPF 10' (10'STUD) SPRUCE/HEM FIR/DOUG FIR 6.479 bf/pc | | 1,400 | PC | 9.8900 | PC | 13846.00 |
| 2414S | 2x4 14' Spruce STD & BTR 9.3333 BF/EACH | | 882 | EA | 13.1500 | EA | 11598.30 |
| 2142 | 2X12 14' #2 SYF S4S (D2) 28BF/PC | | 30 | EA | 49.5600 | EA | 1486.80 |
| 12WGP | G-P(BLUE)7/16"4X8 OSB/WAFER | | 160 | PC | 41.2000 | PC | 6592.00 |
| 18MS | 16"X300' 6M BLK MOIST STOP | | 3 | ROL | 19.3900 | ROL | 58.17 |
| RHW | 108"X150' REX-WRAP HOUSE WRAP | | 3 | ROL | 47.1900 | ROL | 141.57 |
| PMR14 | PMR GENERIC HITACHI 3X120 ROUND HEAD 4M/ | | 15 | EA | 31.6100 | EA | 474.15 |
| 7648DFG | DUOFAST GENERIC 1 1/2" DECKING STAPLE #7648C | | 2 | BOX | 41.9400 | BOX | 83.88 |
| SP | 1/4"X3" SPLIT PIN 100 CT BOX | | 5 | BX | 28.5600 | BX | 142.80 |
| SSDS14614 | Simpson SDS 1/4 x 6 1/4 Masonry Bit | | 5 | EA | 3.4200 | EA | 17.10 |
| SEWT | 22 GA DUPLEC WALL TIES 500 CT | | 3 | BX | 20.1500 | BX | 60.45 |

Unit prices are subject to change without notice anytime after quote expiration.
All prices quoted are based on total package price and subject to change if total package not purchased or contents of package change.

| | | |
|---|---|---|
| | Subtotal | 35,490.32 |
| MS 7.00% | Sales Tax | 2,484.32 |
| | Total | 37,974.64 |

Buyer:

Signature

# Barnett PHILLIPS Lumber & Home Center
## One Stop Building Supply Store

Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

2106-617848   R2   PAGE 2 OF 2

| SOLD TO | JOB ADDRESS | ACCOUNT | JOB |
|---|---|---|---|
| CHRIS OUTSIDE SALES | ABBY ROBINSON | CP133 | 0 |
| | | CREATED ON | 06/02/2021 |
| | | EXPIRES ON | 06/03/2021 |
| | | BRANCH | 1000 |
| | | CUSTOMER PO# | |
| | | STATION | B3 |
| | | CASHIER | CP |
| | | SALESPERSON | CP |
| | | ORDER ENTRY | CP |
| | | MODIFIED BY | CP |

*****NOTICE*****
*****PICK TICKETS VOID AFTER 7 DAYS!!*****

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 210142 | 2X10 14' #2 SYP (D3) 23.333BF/PC | | 1 | EA | 37.3100 | EA | 37.31 |
| 210162 | 2X10X16' #2 SYP D3 (26.67BF/PC) | | 1 | EA | 42.4800 | EA | 42.48 |
| 210182 | 2X10 18' #2 SYP S4S (D3)30BF/PC | | 1 | EA | 47.0800 | EA | 47.08 |
| 210202 | 2X10 20' #2 SYP S4S (D3) 33.333BF/PC | | 1 | EA | 52.3100 | EA | 52.31 |
| 21022HF | 2X10-22 KD HEMFIR | | 1 | PC | 57.5000 | PC | 57.50 |

| | | |
|---|---|---|
| | Subtotal | 862.44 |
| MS 7.00% | Sales Tax | 60.37 |
| | Total | 922.81 |

Unit prices are subject to change without notice anytime after quote expiration.

All prices quoted are based on total package price and subject to change if total package not purchased or contents of package change.

Buyer:

Signature



Barnett Phillips
PO Box 590
Canton, MS 39046
601-859-2812
Fax: 601-859-1292



## QUOTE

| | | |
|---|---|---|
| 2012-566738 | R1 | PAGE 1 OF 6 |

| SOLD TO | JOB ADDRESS |
|---|---|
| CHRIS OUTSIDE SALES | |

| ACCOUNT | JOB |
|---|---|
| CP133 | 0 |
| CREATED ON | 12/07/2020 |
| EXPIRES ON | 12/08/2020 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | B3 |
| CASHIER | NMURPH |
| SALESPERSON | CP |
| ORDER ENTRY | CP |
| MODIFIED BY | NMURPH |

Thank you for your business!

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| | **FOUNDATION** | | | | | | |
| 28142 | 2X8 14' #2 SYP S4S (C1) 18.666BF/PC | | 32 | EA | 12.0500 | EA | 385.60 |
| 2414S | 2x4 14' Spruce STD & BTR 9.3333 BF/EACH | | 110 | EA | 8.5800 | EA | 943.80 |
| 20POLY | 20'X100' 6M CLEAR POLY | | 4 | ROL | 62.4000 | ROL | 249.60 |
| 12CC | 12D CC SINKER NAIL | | 50 | LB | 0.7000 | LB | 35.00 |
| STHD10 | STHD10 SIMPSON STRONGTIE STRAP TIE | | 3 | EA | 10.6100 | EA | 31.83 |
| 14142 | 1x4 14' #2 SYP S4S (A3) | | 30 | EA | 8.2200 | EA | 246.60 |
| 610M | 6X6X10GA RE MESH 5'X150' ROLL | | 3 | ROL | 72.0000 | ROL | 216.00 |
| 1216MDF | 7/16x12x16' RAW MDF FORM BOARD **NOT FOR SIDING** | | 2 | EACH | 13.5000 | EACH | 27.00 |
| 8CC | 8D CC SINKER NAIL | | 5 | LB | 0.9800 | LB | 4.90 |
| | FOUNDATION | | | | | | 2,140.33 |
| | **FRAMING** | | | | | | |
| 24143B | 2X4-14 #3 *BORATE* TREATED SYP(BLUE) #3-#3-FOR SILL PLATES OR INTERIOR ONLY | | 66 | EA | 7.2700 | EA | 479.82 |
| 2410SS | 2x4x116-5/8 *STUD* SPF 10' (10'STUD) SPRUCE/HEM FIR/DOUG FIR 6.479 bf/pc | | 750 | PC | 7.0400 | PC | 5280.00 |
| 2412SS | *STUD*2X4-12' *STUD*#2 & BTR SPRUCE 140-5/8" | | 200 | PC | 9.0300 | PC | 1806.00 |
| 2414S | 2x4 14' Spruce STD & BTR 9.3333 BF/EACH | | 882 | EA | 8.5800 | EA | 7567.56 |
| 18MS | 18"X300' 6M BLK MOIST STOP | | 2 | ROL | 16.2000 | ROL | 32.40 |
| | | | | | Subtotal | | |
| | | | | | Sales Tax | | |
| | | | | | Total | | |

Buyer:

Signature

# PHILLIPS Lumber & Home Center

Barnett Phillips
PO Box 599
Canton, MS 39046
(601) 859-2812
Fax (601) 859-1242



**QUOTE**

210n-617848   R4

| | | | | |
|---|---|---|---|---|
| SOLD TO | JOB ADDRESS | ACCOUNT | | JOB |
| | | CP133 | | 0 |
| | | CREATED ON | | 06/02/2021 |
| | | EXPIRES ON | | 06/03/2021 |
| | | BRANCH | | 1000 |
| | | CUSTOMER PO# | | |
| | | STATION | | 03 |
| | | CASHIER | | RL |
| | | SALESPERSON | | CP |
| | | ORDER ENTRY | | CP |
| | | MODIFIED BY | | RL |

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| | HEM FIR OR SPRUCE | | 1 | PC | 55.0620 | PC | 55.06 |
| | HEM FIR OR SPRUCE | | 1 | PC | 50.4738 | PC | 50.47 |
| | 2X4 #2 SYP S4S 20BF/PC | | 1 | EA | 14.4900 | EA | 14.49 |
| | 2X4 #2 SYP S4S 18BF/PC | | 1 | EA | 14.1174 | EA | 14.12 |
| | 2X4 #2 SYP S4S (C2)16BF/PC | | 1 | EA | 11.6920 | EA | 11.69 |
| | 2X4 #2 SYP S4S (C2)10BF/PC | | 1 | EA | 10.1430 | EA | 10.14 |
| | 2X4 8' SYP S4S (C2)16BF/PC | | 1 | EA | 8.6940 | EA | 8.69 |
| | 2X4 #2 SYP S4S (C2)12BF/PC | | 1 | EA | 7.1300 | EA | 7.13 |
| | 2X6 #2 SYP S4S 9c2 10BF/PC | | 1 | PC | 69.7350 | PC | 69.74 |
| | HEM FIR 22BF/PC F/SPRUCE | | 1 | PC | 63.9247 | PC | 63.92 |
| | HEM FIR 2E 33.33BF/PC | | 1 | EA | 21.1600 | EA | 21.16 |
| | 2X8 2E #2 SYP S4S 26.66BF/PC | | 1 | EA | 19.0440 | EA | 19.04 |
| | 2X8 16 #2 SYP S4S 24BF/PC | | 1 | EA | 15.0880 | EA | 15.09 |
| | 2X8 16 #2 SYP S4S (C2) 23.33BF/PC | | 1 | EA | 14.3827 | EA | 14.38 |
| | 2X8 14 #2 SYP S4S (C1) 18.666BF PC | | 1 | EA | 12.3260 | EA | 12.33 |
| | 2X4 17 #2 SYP S4S (C1) 16BF/PC | | 1 | PC | 48.6534 | PC | 48.65 |
| | OSB BLUE 7/16 4X8 OSB/WAFER | | 1 | PC | 13.2633 | PC | 13.26 |
| | 2X10 8 #2 SYP S4S (D3) 13.333BF PC | | 1 | EA | 18.9750 | EA | 18.98 |
| | 2X10 10 #2 SYP (D3) 16.666BF/PC | | 1 | EA | 22.7700 | EA | 22.77 |
| | 2X10 12 #2 SYP (D3) 20BF/PC | | | | | | |

743

4X8X8
2X8X10

Subtotal
Sales Tax
Total

Unit prices are subject to change anytime after quote expiration.
All prices quoted are based on total package price and subject to change if total package purchased or contents of package change.

Buyer:

Signature



**Bailey Lumber**
4525 Lynch St Extension
Jackson, MS 39209
601-922-1321

# Quotation

| | |
|---|---|
| Quote No | **469015** |
| Quote Date | 05/03/2021 |
| Expiration Date | 05/03/2021 |
| Branch | 035001 Jackson |
| Customer | BL2006459 |
| Contact Name | |
| Contact Number | |
| Delivery | By 05/03/2021 |
| Taken By | Isaac Robertson |
| Sales Rep | HOUSE SALES |

**Invoice Address**
MISC.QUOTES/JACKSON ONLY
MISC QUOTES - JACKSON ONLY
4525 LYNCH STREET EXT
JACKSON, MS, 39209-5828

**Delivery Address**
MISC.QUOTES/JACKSON ONLY
MISC QUOTES - JACKSON ONLY
4525 LYNCH STREET EXT
JACKSON, MS, 39209-5828

Page 1 of 1

| Special Instructions | Notes |
|---|---|
| | |

| Line | Product Code | Description | Qty/UOM | BO/UOM | Price/UOM | Total |
|---|---|---|---|---|---|---|
| 1 | S2624S | SPF 2X6X24 STANDARD AND BETTER 80/24 | 80 ea | 0 ea | 65.07 ea | 5,205.60 |

| | |
|---|---|
| Total Amount | $5,205.60 |
| Sales Tax 8.00% | $416.45 |
| Quotation Total | $5,622.05 |

This document is a quote or estimate only. The pricing and information contained herein is confidential information of Bailey Lumber and you agree to treat such information as confidential and not to share or disclose this information with any third parties, including any competitors of Bailey Lumber. Some items included in this estimate may be subject to supply interruptions, quickly changing market conditions, or uncontrollable disruptions. Please be advised that pricing and product availability may be subject to change until further notice. This document is subject to and governed by Bailey Lumber's Terms and Conditions, which are available for review at https://uslbm.com/termsandconditionsofsales (the "Terms and Conditions"), and the Terms and Conditions are incorporated by reference into this document. The Terms and Conditions are subject to change, with the updated versions being available at the foregoing link, and by proceeding with this transaction you agree and intend to be bound by the Terms and Conditions. If you cannot access the link or prefer to receive the Terms and Conditions in another format, please contact assist@uslbm.com.

DISCLAIMER: This quote is designed solely to provide the Contractor/Customer with a rough estimate of the amount of material used in the given project. The material quote is based upon calculations or data provided by the Contractor/Customer, and such quote assumes, among other things, normal and typical building construction techniques. The actual amount of material used may vary from the material quote due to a number of factors. Consequently, NO REPRESENTATION OR WARRANTY HAS BEEN MADE THAT THE ACTUAL AMOUNT OF MATERIAL USED WILL NOT VARY FROM THE ESTIMATE.

Customer _____  Date _____

# PRASSEL LUMBER COMPANY, INC.

RETAIL STORE - RIDGELAND TELEPHONE (601) 856-4191 FAX (601) 856-7059
P.O. BOX 3378 RIDGELAND, MS 39158-3378
INDUSTRIAL TELEPHONE (601) 853-6873 FAX (601) 856-7059 / ICC# MC172904

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.
MATERIAL SAFETY DATA SHEETS ARE AVAILABLE UPON REQUEST.

INVOICE IS SUBJECT TO CORRECTION FOR CLERICAL ERRORS.
CHECK LOAD WITH DRIVER.
ANY CLAIMS MUST BE MADE ON RECEIPT OF GOODS.

| DATE | INVOICE |
|---|---|
| 05/07/21 | 973640 |

14:47:29

SOLD TO:
002300
RIDGELAND CASH
RIDGELAND, MS.

SHIP TO:
** INVOICE **
654 N. LIVINGSTON RD
BEHIND BRIDGEWATER
S/D
601-668-6400  ABBEY

TAX JURISDICTION NO. / DESCRIPTION: 0002 MS-RETAIL
TAX EXEMPT:

| DATE ORDERED | DATE SHIPPED | SHIP VIA | JOB NO | CUST. ORDER NO. | SALESPERSON | CLK | TERMS | COPY | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/21 | 05/07/21 | | | NEW ENGLAND CONST | 0 | 44 | | 01 | 01 |

| ITEM | ORDERED / BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2332TGSFP EA | 80.00 | 80.00 | 23/32" T&G STURD-I-FLR PINE PLYWOOD | 42.45 | 3396.00 |

| SALES AMOUNT | SALES TAX | SHIPPING CHG | CODE | DEPOSIT | CASH | CODE | |
|---|---|---|---|---|---|---|---|
| 3396.00 | 238.77 | 15.00 | | | 3649.77 | 2 | .00 |

1353544

RECEIVED BY _____
BUYER OR REPRESENTATIVE OF BUYER

**PLEASE PAY THIS AMOUNT**

RECEIPT OF THESE GOODS ACKNOWLEDGES ACCEPTANCE OF OUR TERMS

# PRASSEL LUMBER COMPANY, INC.

RETAIL STORE - RIDGELAND TELEPHONE (601) 856-4191 FAX (601) 856-7059
P.O. BOX 3378 RIDGELAND, MS 39158-3378
INDUSTRIAL TELEPHONE (601) 853-6873 FAX (601) 856-7059 / ICC# MC172904

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.
MATERIAL SAFETY DATA SHEETS ARE AVAILABLE UPON REQUEST.

INVOICE IS SUBJECT TO CORRECTION OF CLERICAL ERRORS.
CHECK LOAD WITH DRIVER
ANY CLAIMS MUST BE MADE ON RECEIPT OF GOODS.

| DATE | INVOICE |
|---|---|
| 05/07/21 | 973513 |

07:07:59

002300
RIDGELAND CASH

RIDGELAND, MS.

SHIP TO

** DELIVERY TICKET **

TAX JURISDICTION NO. / DESCRIPTION: 0002 MS-RETAIL
TAX EXEMPT:

| DATE ORDERED | DATE SHIPPED | SHIP VIA | JOB NO. | CUST. ORDER NO. | SALESPERSON | CLK | TERMS | COPY | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/21 | 05/07/21 | | | NEW ENGLAND CONST | 0 | AJ | | 01 | 01 |

| ITEM | ORDERED / BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2332TGSFP EA | 1.00 | 1.00 | 23/32" T&G STURD-I-FLR PINE PLYWOOD | 42.45 | 42.45 |
| 716OSB2 EA | 1.00 | 1.00 | 7/16 ORIENTED STRAND B | 52.88 | 52.88 |
| 2332TGOSB EA | 1.00 | 1.00 | 23/32 T&G OSB HUBER BL | 39.35 | 39.35 |
| 2414 2P EA | 1.00 | 1.00 | 2X4X14 #2 PINE | 15.14 | 15.14 |
| 2411658SGSPF EA | 1.00 | 1.00 | 10'-2X4X116 5/8 STUD S STUD GRADE | 12.88 | 12.88 |
| 2624 2BSPF EA | 1.00 | 1.00 | 2X6X24 SPRUCE | 57.70 | 57.70 |
| 2620 2P EA | 1.00 | 1.00 | 2X6X20 #2 PINE | 31.67 | 31.67 |
| 2618 2P EA | 1.00 | 1.00 | 2X6X18 #2 PINE | 30.15 | 30.15 |
| 2816 2P EA | 1.00 | 1.00 | 2X8X16 #2 PINE | 26.97 | 26.97 |

COPY

| SALES AMOUNT | SALES TAX | SHIPPING CHG | CODE | DEPOSIT | CASH | CODE | |
|---|---|---|---|---|---|---|---|
| 311.19 | 21.78 | | | | | | 332.97 |

1353512

RECEIVED BY _____
BUYER OR REPRESENTATIVE OF BUYER

↑ PLEASE PAY THIS AMOUNT

RECEIPT OF THESE GOODS ACKNOWLEDGES ACCEPTANCE OF OUR TERMS