

Banking with Capital One is the easi
Kind of like...



Subscribe

Search markets

U.S. MARKETS OPEN

DOW 30  S&P 500  NASDAQ
-2.58%   -2.00%   -1.32%

LUMBER Commodity

**524.70**

-11.30 (-2.11%)

12:06:00 PM MT Indication

Add to watchlist

Intraday  1w  1m  6m  Ytd  1y

Indicators    Mountain-Chart

Date: 11/15/2019
Close: 413.00
Open: 0.00
High: 0.00
Low: 0.00
Volume: 0



EXHIBIT
B