| Company | U.S. Headquarters | Number of U.S. Lumber Mills/Plants | Capacity (MMBF) [3] |
|---|---|---|---|
| Weyerhaeuser Co. | Seattle, WA | 19 | 3,552 |
| Georgia-Pacific LLC | Atlanta, GA | 27 | 2,949 |
| West Fraser Timber Co., Ltd. | Germantown, TN | 21 | 2,354 |
| Sierra Pacific Industries | Anderson, CA | 10 | 2,077 |
| Interfor (International Forest Products, Ltd.) | Peachtree, GA | 14 | 1,952 |
| Hampton Affiliates | Portland, OR | 7 | 1,869 |
| Canfor Corp. | Mobile, AL | 12 | 1,416 |
| Idaho Forest Group | Coeur d'Alene, ID | 7 | 1,270 |
| RSG Forest Products | Kalama, WA | 5 | 801 |
| PotlatchDeltic Corp. | Spokane, WA | 6 | 670 |

## Summaries and Company Info

**Weyerhaeuser Co.** sources its lumber from over 12 million acres of company-managed forests in the U.S. and Canada, which are certified to the Sustainable Forestry Initiative (SFI) Forest Management Standard. Weyerhaeuser produces Southern Pine and western species lumber.

**Georgia-Pacific LLC** manufactures Southern Yellow Pine and western softwood lumber, along with a range of proprietary wood construction products. Georgia-Pacific purchases its raw material from second party-run forests, using SFI Fiber Sourcing Standard procurement practices.

**West Fraser Timber Co., Ltd.** splits its operations between the U.S. and Canada. West Fraser produces Southern Yellow Pine lumber in the U.S., while its Canadian mills produce Spruce-Pine-Fir, Douglas Fir-Larch and Hem-Fir tree lumber.

**Sierra Pacific Industries** manages close to 1.9 million acres of SFI-certified forest land, making the company the largest private landholder in California. Sierra Pacific offers a range of western lumber varieties, including Ponderosa Pine, Sugar Pine, Douglas Fir, Incense Cedar, White Fir, and Western Hemlock.

**Interfor (International Forest Products, Ltd.)** manufactures its lumber from Spruce-Pine-Fir, Douglas-Fir/Larch, Inland Hem-Fir and Southern Yellow Pine. Interfor operates its forests to SFI standards, and offers an online purchasing guide for customers who wish to view the sources of their lumber purchases.

**Hampton Affiliates** owns about 140,000 SFI-certified woodland acres in the U.S., and operates around 300,000 acres of public woodland in British Columbia. Hampton produces dimensional lumber from Douglas Fir and Western Hemlock along with various white wood and spruce species.

**Canfor Corp.** offers dimensional and specialty lumber products from Spruce-Pine-Fir, Yellow Southern Pine, and Douglas Fir Larch. Canfor's U.S. lumber products are sourced from privately-operated, independent forests.

**Idaho Forest Group** operates lumber mills in Idaho and Montana, and sources its lumber from both private and public forests in the U.S. The company manufactures its lumber from cedar, larch, Spruce-Pine-Fir, Engelmann Spruce, and various fir and pine species.

**RSG Forest Products** is a family-owned company with mill locations in Washington State and Oregon. RSG offers green and kiln-dried lumber products from Douglas Fir, Hem-Fir, and Western Red Cedar.

**PotlatchDeltic Corp.** owns and manages almost 1.9 million forest acres in the U.S. Southern Yellow Pine, Spruce-Pine-Fir, and other species are used to produce lumber at the company's Arkansas, Idaho, and Great Lakes region mills.

## Top U.S. Woman-Owned Lumber Suppliers

A lumber supplier (or any other U.S. company) can generally be certified as woman-owned if it is at least 51% owned and operated by women. The list in Table 2 below includes both lumber companies with certifications available on their websites and companies that have self-reported as woman-owned.

**EXHIBIT A**

Top U.S.-Based Woman-Owned Lumber Suppliers

| Company | U.S. Headquarters | Est. Annual Revenue |
|---|---|---|

Top Suppliers

# Top Lumber Suppliers and Companies in the U.S.

Share: in f y ✉



Lumber is a significant natural resource that contributes jobs to the U.S. economy

Image credit: Tom Clauren/Shutterstock.com

Lumber distributors source their raw materials from privately-managed or government-leased forests. In order to process tree wood into usable lumber, this raw material is transported to lumber mills, where it is cut to different sizes. Lumber is primarily used by the construction industry, though it can also be used to produce furniture, paper and pulp, and composites such as plywood. [1]

In this article, information is provided about the top lumber suppliers in the U.S. If you're sourcing for more finished lumber products, you can also check out our guides to the top plywood suppliers and pallet manufacturers.

At a glance:

Top U.S. Lumber Suppliers Based on Output

Top U.S. Woman-Owned Lumber Suppliers

## Top U.S. Lumber Suppliers Based on Output

The lumber industry has a significant impact upon the U.S. economy, without about 776,000 U.S. jobs tied to the softwood lumber industry alone. [2] Table 1 below lists the top U.S. wood suppliers, including both softwood and/or hardwood lumber suppliers. Many of these companies operate in Canadian as well as U.S. locations.

Table 1: Top U.S. Manufacturers of Softwood or Hardwood Lumber

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

| Company | U.S. Headquarters | Number of U.S. Lumber Mills/Plants | Capacity (MMBF) [3] |
|---|---|---|---|
| Weyerhaeuser Co. | Seattle, WA | 19 | 3,552 |
| Georgia-Pacific LLC | Atlanta, GA | 27 | 2,949 |
| West Fraser Timber Co., Ltd. | Germantown, TN | 21 | 2,354 |
| Sierra Pacific Industries | Anderson, CA | 10 | 2,077 |
| Interfor (International Forest Products, Ltd.) | Peachtree, GA | 14 | 1,952 |
| Hampton Affiliates | Portland, OR | 7 | 1,869 |
| Canfor Corp. | Mobile, AL | 12 | 1,416 |
| Idaho Forest Group | Coeur d'Alene, ID | 7 | 1,270 |
| RSG Forest Products | Kalama, WA | 5 | 801 |
| PotlatchDeltic Corp. | Spokane, WA | 6 | 670 |

## Summaries and Company Info

Weyerhaeuser Co. sources its lumber from over 12 million acres of company-managed forests in the U.S. and Canada, which are certified to the Sustainable Forestry Initiative (SFI) Forest Management Standard. Weyerhaeuser produces Southern Pine and western species lumber.

Georgia-Pacific LLC manufactures Southern Yellow Pine and western softwood lumber, along with a range of proprietary wood construction products. Georgia-Pacific purchases its raw material from second party-run forests, using SFI Fiber Sourcing Standard procurement practices.

West Fraser Timber Co., Ltd. splits its operations between the U.S. and Canada. West Fraser produces Southern Yellow Pine lumber in the U.S., while its Canadian mills produce Spruce-Pine-Fir, Douglas Fir-Larch and Hem-Fir tree lumber.

Sierra Pacific Industries manages close to 1.9 million acres of SFI-certified forest land, making the company the largest private landholder in California. Sierra Pacific offers a range of western lumber varieties, including Ponderosa Pine, Sugar Pine, Douglas Fir, Incense Cedar, White Fir, and Western Hemlock.

Interfor (International Forest Products, Ltd.) manufactures its lumber from Spruce-Pine-Fir, Douglas-Fir/Larch, Inland Hem-Fir and Southern Yellow Pine. Interfor operates its forests to SFI standards, and offers an online purchasing guide for customers who wish to view the sources of their lumber purchases.

Hampton Affiliates owns about 140,000 SFI-certified woodland acres in the U.S., and operates around 300,000 acres of public woodland in British Columbia. Hampton produces dimensional lumber from Douglas Fir and Western Hemlock along with various white wood and spruce species.

Canfor Corp. offers dimensional and specialty lumber products from Spruce-Pine-Fir, Yellow Southern Pine, and Douglas Fir Larch. Canfor's U.S. lumber products are sourced from privately-operated, independent forests.

Idaho Forest Group operates lumber mills in Idaho and Montana, and sources its lumber from both private and public forests in the U.S. The company manufactures its lumber from cedar, larch, Spruce-Pine-Fir, Engelmann Spruce, and various fir and pine species.

RSG Forest Products is a family-owned company with mill locations in Washington State and Oregon. RSG offers green and kiln-dried lumber products from Douglas Fir, Hem-Fir, and Western Red Cedar.

PotlatchDeltic Corp. owns and manages almost 1.9 million forest acres in the U.S. Southern Yellow Pine, Spruce-Pine-Fir, and other species are used to produce lumber at the company's Arkansas, Idaho, and Great Lakes region mills.

## Top U.S. Woman-Owned Lumber Suppliers

A lumber supplier (or any other U.S. company) can generally be certified as woman-owned if it is at least 51% owned and operated by women. The list in Table 2 below includes both lumber companies with certifications available on their websites and companies that have self-reported as woman-owned.

Table 2: Top U.S. - Based Woman-Owned Lumber Suppliers

| Company | U.S. Headquarters | Est. Annual Revenue |
|---|---|---|

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

| Company | Location | Output |
|---|---|---|
| Olsen & Guerra Lumber Co. | Houston, TX | 44.3 million [4] |
| North Country Lumber | Mellen, WI | 22.5 million [5] |
| Botkin Lumber Co. | Farmington, MO | 18.7 million [6] |
| Matson Lumber Co. | Brookville, PA | 15.3 million [7] |
| Aiken Ford Lumber Co. | Eugene, OR | 4.4 million [8] |
| Oregon-Canadian Forest Products, Inc. | North Plains, OR | 3.9 million [9] |
| Timber Industries, Inc. | Cockeysville, MD | 834,875 [10] |
| Lipinski Lumber and Logging, Inc. | Kennerdell, PA | 649,033 [11] |
| Kentuckiana Wood Products | Jeffersonville, IN | 200,000 [12] |

## Summaries and Company Info

Olsen & Guerra Lumber Co. offers Yellow Pine and Hardwood lumber. The company's hardwood products can be used by the marine, shipping, and railroad industries for such purposes as board rail and export crating.

North Country Lumber specializes in producing Red Oak, Maple, and Basswood lumber. They work with independent forest landowners to source their raw material and manage their timberlands.

Botkin Lumber Co. manufactures standard and custom, cut-to-size Southern Yellow Pine products at four different U.S. locations. Their National Association of Women Business Owners certification is available on their website.

Matson Lumber Co. is a family-owned manufacturer offering architectural and furniture lumber from a diverse array of species. They source their products from company-owned timberlands as well as purchased materials.

Aiken Ford Lumber Co. offers treated lumber, as well as dimensional and panel lumber, and specialize in direct-from-the-mill deliveries. Women Business Enterprise and Disadvantaged Business Enterprise certifications are available on their website.

Oregon-Canadian Forest Products, Inc. produces an average of two million board feet of wood products per month. They offer a variety of wood species, including Douglas Fir and Tropical Hardwoods.

Timber Industries, Inc. offers lumber from a variety of tree species, including flame-retardant treated lumber. The company holds national and local diversity certificates, including a Women Presidents' Organization certificate, which are available on their website.

Lipinski Lumber and Logging, Inc. operates by purchasing standing timber in order to produce their wood products. The company offers rough-cut, green lumber in addition to other wood products.

Kentuckiana Wood Products is primarily known as a pallet manufacturer; however, the company produces a variety of wood products, including Southern Yellow Pine and Indiana Hardwood lumber.

## Summary

This article summarized the top wood suppliers based on output as well as the top timber companies by woman-owned business status. To explore more about these or other suppliers, visit the Thomas Supplier Discovery Platform, where you can locate lumber and timber suppliers based on your criteria.

Sources:

- [1] "What is Lumber and how is it traded," FuturesKnowledge.com
- [2] "Lumber Industry Impacts U.S. Economy," Southern Forest Products Association

## Other Lumber Articles

- Curing Lumber
- Lumber vs. Timber - What's the Difference?
- Lumber Grades Explained - What Different Types of Lumber Grades Mean
- What is Timber and What is it Used for?
- How Wood Chippers Work

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

- How to Steam Bend Wood
- Types of Lumber
- Top Suppliers of Plywood

Other Top Supplier Articles

- Top Aloe Vera Manufacturers and Suppliers
- Top Thermometer Manufacturers and Suppliers
- Top Private Label Nutraceutical Companies in the USA
- Top Machine Vision System Companies
- Coronavirus Testing Swabs Manufacturers and Suppliers (FDA Approved)
- Top Hydrogen Peroxide Manufacturers and Suppliers in the USA
- Top HEPA Filter Manufacturers and Suppliers
- Top MRE (Meals Ready to Eat) Suppliers and Manufacturers
- Top Nitrile Gloves Manufacturers and Suppliers in the USA
- Top Polypropylene Fabrics Suppliers and Manufacturers
- Top Spray Bottle Manufacturers and Suppliers
- Top Pet Food Suppliers in the USA and Worldwide
- Top Food Processing Equipment Manufacturers and Suppliers
- Top Medical Fabrics Manufacturers and Suppliers
- Top RNA Extraction Machine Manufacturers
- Top Toilet Manufacturers and Companies in the USA
- Top Face Shield Manufacturers and Suppliers
- Top Antibody Test Manufacturers and Suppliers (for COVID-19/Coronavirus)
- Top Fabric Manufacturers and Suppliers in the USA
- Top Food Packaging Companies in the USA

Find Out More About How We Choose our Top Suppliers

Share

Top Plastics Manufacturers, Fabricators and Compounders in the USA

Next Story »

## More from Plant & Facility Equipment

Plant & Facility Equipment
The 10 Best Hearing Protection Options, According to 77,000+ Ratings

Plant & Facility Equipment
The Best Welding Helmet, According to 9,000+ Customer Reviews

Plant & Facility Equipment
Top Concrete Companies and Suppliers in the USA

Plant & Facility Equipment
What is a Geostationary Satellite?

Plant & Facility Equipment
Modular Buildings

Plant & Facility Equipment
Top Polishing Pad/Buffing Pad Manufacturers and Suppliers

### Related Resources

Daily Bite
How Beatlemania Saved England

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

# NORTH AMERICAN OPERATIONS

## 🪵 LUMBER

1. AB, Grande Prairie » **Grande Prairie Sawmill**
2. BC, Bear Lake » **Polar Sawmill**
3. BC, Chetwynd » **Chetwynd Sawmill**
4. BC, Elko » **Elko Sawmill**
5. BC, Fort St. John » **Fort St. John Sawmill**
6. BC, Houston » **Houston Sawmill**
7. BC, Mackenzie » **Mackenzie Sawmill**
8. BC, Prince George » **Isle Pierre Sawmill**
9. BC, Prince George » **J.D. Little Forest Centre**
10. BC, Prince George » **Prince George Sawmill**
11. BC, Radium Hot Springs » **Radium Sawmill**
12. BC, Vanderhoof » **Plateau Sawmill**
13. BC, Vavenby » **Vavenby Sawmill**
14. BC, Wynndel » **WynnWood Sawmill**
15. AL, Fulton » **Fulton Sawmill**
16. AL, Jackson » **Jackson Sawmill**
17. AL, Mobile » **Mobile Sawmill**
18. AR, El Dorado » **Urbana Sawmill**
19. GA, Moultrie » **Moultrie Sawmill**
20. GA, Thomasville » **Thomasville Sawmill**
21. MS, Hermanville » **Hermanville Sawmill**
22. NC, Graham » **Graham Sawmill**
23. SC, Camden » **Camden Sawmill**
24. SC, Conway » **Conway Sawmill**
25. SC, Darlington » **Darlington Sawmill**
26. SC, Marion » **Marion Plant**

## 📄 PULP AND PAPER

29. BC, Prince George » **Intercontinental Pulp Mill**
30. BC, Prince George » **Northwood Pulp Mill**
31. BC, Prince George » **Prince George Pulp & Paper Mill**
32. BC, Taylor » **Taylor Pulp Mill**

## ▦ PELLETS

33. BC, Chetwynd » **Chetwynd Pellet Plant**
34. BC, Fort St. John » **Fort St. John Pellet Plant**
35. BC, Houston » **Houston Pellet Plant**



## 🚚 TRUCKING FLEET SERVICE

36. SC, Myrtle Beach » **New South Express**, Trucking fleet serving NC, SC, VA, GA and AL

## ⚡ GREEN ENERGY

37. AB, Grande Prairie » **Canfor Green Energy**

## 💡 INNOVATION

38. BC, Burnaby » **Canfor Pulp, Innovation Centre**

Engineered Lumber ...

locations and facilities.

## Weyerhaeuser in Jackson, MS with Reviews - YP.com

https://www.yellowpages.com/jackson-ms/weyerhaeuser ▼

Weyerhaeuser. (601) 960-0888. 540 Ford Ave, Jackson, MS 39209. From Business: Founded in 1952, Athens website. (601) 960-0888. 540 Ford Ave, Jackson, MS 39209. From Business: Founded in 1952, Athens Paper is a privately owned company that offers publishing and commercial printing services. It has ...

## Weyerhaeuser in Pearl, MS with Reviews - YP.com

https://www.yellowpages.com/pearl-ms/weyerhaeuser ▼

Lumber Lumber Wholesale Home Centers. (601) 932-6277. 717 Highway 80 E Pearl, MS 39208. From Business: Operational for more than 90 years, Sutherland Lumber Company is one of the largest privately owned home improvement center chains in the United States. It ... 2. Sutherlands. Lumber ...

## Sawmill | Sawmills Built To Last | Unlock Real Opportunities

https://get.norwoodsawmills.com/norwood/sawmills ▼

Ad More patents than all other brands. The best value for your hard-earned dollar. Unlock opportunities in the forest and beyond. Start milling today & build your legacy

How to Choose a Sawmill · LumberPro HD36 · Shop & Order Online · LumberMan MN26

### Related searches for weyerhaeuser sawmill locations

- weyerhaeuser locations in usa
- weyerhaeuser mill location map
- weyerhaeuser mill locations
- weyerhaeuser lumber mills
- weyerhaeuser office locations
- weyerhaeuser louisiana locations



818,000 Results     Any time ▾



### Georgia-Pacific Corp
http://www.gp.com

COVID-19  Hours or services may vary

**1. Georgia-Pacific-Timberland Division**
1440 W Broad St, Monticello · (601) 587-3360      WEBSITE   DIRECTIONS

**2. Georgia Pacific**
Ferguson Mill Rd, Monticello · (601) 587-5464      WEBSITE   DIRECTIONS

**3. Georgia Pacific-Monticello Mill**
604 Na Sandifer Hwy, Monticello · (601) 587-7711      WEBSITE   DIRECTIONS

**4. Georgia Pacific-Monticello Mill**
605 Na Sandifer Hwy, Monticello · (601) 587-2621      WEBSITE   DIRECTIONS

See more results

### Georgia-Pacific LLC Company Profile | Monticello, MS ...
https://www.dnb.com/business-directory/company... ▾
Find company research, competitor information, contact details & financial data for **Georgia-Pacific** LLC of **Monticello, MS**. Get the latest business insights from Dun & Bradstreet.

### Welcome to Georgia-Pacific!
https://www.gp.com ▾
Careers at **Georgia-Pacific**. Sustainable Practices Sustainability comes naturally to people at **Georgia-Pacific**. People are our top consideration, and we work each day to further develop trusted relationships. Nature is something that we conscientiously think about in making business decisions.

**Estimated Reading Time:** 1 min









GP Donates $20,000 Toward Amistad Murals Showcased at Talladega College's ...


Business News; Georgia-Pacific to Expand Darlington, S.C., Dixie Plate and Bowl...


Commemorating Dr. Martin Luther King Jr.'s Life Through Service

### Georgia-Pacific 605 Na Sandifer Hwy, Monticello, MS 39654 ...
https://www.yellowpages.com/monticello-ms/mip/georgia-pacific-468581619 ▾

Get reviews, hours, directions, coupons and more for **Georgia-Pacific** at 605 **Na Sandifer Hwy, Monticello, MS** 39654. Search for other Paper Products in Monticello on The Real Yellow Pages®.

Location: 605 Na Sandifer Hwy, Monticello, 396...   Phone: (601) 587-7570

**PEOPLE ALSO ASK**

Who is an important part of Georgia Pacific?

Where are the headquarters of Georgia Pacific Corporation?

What kind of products does Georgia Pacific make?

Feedback

### Georgia-Pacific 604 Na Sandifer Hwy, Monticello, MS 39654 ...
https://www.yellowpages.com/monticello-ms/mip/georgia-pacific-7992308 ▾

Maintaining a pulp and paper facility in **Monticello, Miss., Georgia-Pacific** Corporation is one of the world s leading manufacturers and marketers of tissue, packaging, paper, building products and related chemicals. Headquartered in Atlanta, the company employs nearly 55,000 people at more than 300 locations in North America and Europe.

Location: 604 Na Sandifer Hwy, Monticello, 396...   Phone: (601) 587-7711

### Images of Georgia Pacific Monticello MS ←
bing.com/images





See all images

**EXHIBIT**

Now Hiring: Georgia Pacific | $16-$55+/Hour (Positions Open)
http://signup.finddreamjobs.com/railroadjobs/georgiapacific ▾

Engineered Lumber locations and facilities.

## Weyerhaeuser in Jackson, MS with Reviews - YP.com
https://www.yellowpages.com/jackson-ms/weyerhaeuser ▼
Lumber Lumber-Wholesale Home Centers. (601) 960-0888. 540 Ford Ave, Jackson, MS 39209. From Business: Founded in 1952, Athens Website. (601) 960-0888. 540 Ford Ave, Jackson, MS 39209. From Business: Founded in 1952, Athens Paper is a privately owned company that offers publishing and commercial printing services. It has ...

## Weyerhaeuser in Pearl, MS with Reviews - YP.com
https://www.yellowpages.com/pearl-ms/weyerhaeuser ▼
Lumber Lumber-Wholesale Home Centers. (601) 932-5277. 777 Highway 80 E, Pearl, MS 39208. From Business: Operational for more than 90 years, Sutherland Lumber Company is one of the largest privately owned home improvement center chains in the United States. It... 2. Sutherlands. Lumber ...

## Sawmill | Sawmills Built To Last | Unlock Real Opportunities
https://get.norwoodsawmills.com/norwood/sawmills ▼
Ad More patents than all other brands. The best value for your hard-earned dollar. Unlock opportunities in the forest and beyond. Start milling today & build your legacy
How to Choose a Sawmill · LumberPro HD36 · Shop & Order Online · LumberMan MN26

Related searches for weyerhaeuser sawmill locations

weyerhaeuser locations in usa
weyerhaeuser mill location map
weyerhaeuser mill locations
weyerhaeuser lumber mills
weyerhaeuser office locations
weyerhaeuser louisiana locations


EXHIBIT tabbies