AT&T LTE   11:22 AM   48%

AA   🔒 google.com   ↻

ⓘ   ...businessinsider.com   📤

# MARKETS INSIDER

☰   🔍   **Subscribe**

HOME  >  MARKETS

# Lumber prices are cooling after rallying over 400% in 12 months. Here is where 4 experts say the red-hot commodity goes from here.

**Isabelle Lee**   Jun 20, 2021, 8:30 AM





EXHIBIT

D















