## Celebrating the Best of 2020

Following a record-breaking year in 2020, 84 Lumber hosted its top-performing associates from around the country for our annual awards banquet. The event, which took place at Nemacolin, honored associates who made positive impacts in their stores and communities last year.

To read more about a few of our award winners, click here.



### Maggie Hardy Visits Denton

On her last visit to Denton, Texas, 84 Lumber President Maggie Hardy presented the store with a sales challenge. After exceeding all of their goals for 35 days straight, Maggie came back to Denton to personally hand out bonus checks to all of the hard-working store associates! Thank you, Denton, for your outstanding work and thank you Maggie for always taking care of your associates!



EXHIBIT F