Including results for what sawmill does interfor company own in **mississippi**.

Do you want results only for what sawmill does Interfor Company own in MIsissippi?

## Interfor Acquires Four US Sawmills From Georgia-Pacific ...

https://vinawoodltd.com/ar/news/interfor-acquires...

**Interfor Company** has introduced that it has reached an settlement with Georgia-Pacific Wooden Merchandise LLC and GP Wooden Merchandise LLC to amass 4 of its **sawmill** operations positioned in Bay Springs, **Mississippi**, Fayette, Alabama, DeQuincy, Louisiana and Philomath, Oregon.



EXHIBIT G