RIGGS LUMBER COMPANY, INC.

RETAIL STORE - RIDGELAND TELEPHONE (601) 956-4191 FAX (601) 856-7059
P.O. BOX 3376 RIDGELAND, MS 39158-3376
INDUSTRIAL TELEPHONE (601) 853-6873 FAX (601) 856-7059 / IOC# MC117290K

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.
MATERIAL SAFETY DATA SHEETS ARE AVAILABLE UPON REQUEST.

FOR CLERICAL ERRORS.
CHECK LOAD WITH DRIVER.
ANY CLAIMS MUST BE MADE ON RECEIPT OF GOODS

07:52:47        ** INVOICE **

| DATE | INVOICE |
|---|---|
| 05/04/21 | 973059 |

0022306
RIDGELAND CASH
RIDGELAND, MS.

854 N. LIVINGSTON RD
BEHIND BRIDGEWATER
501-660-5400 ABBY

| LOC | DATE ORDERED | DATE SHIPPED | SHIP VIA | JOB NO | CUST ORDERING | SALESPERSON/QUANTITY TERMS | COPY/PAGE |
|---|---|---|---|---|---|---|---|
| 01 | 05/04/21 | 05/04/21 | | NEW ENGLAND CONST | 0 44 | 10.181 |

TAX JURISDICTION NO / DESCRIPTION: 00002 MS-RETAIL

| ITEM | ORDERED/BACKORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2624B5PF EA | 80.00 | 80.00 | 2X6X24 SPRUCE | 58.09 | 4648.00 |

1353337

| SALES AMOUNT | SALES TAX | SHIPPING CHG | CODE | DEPOSIT | CASH | CODE |
|---|---|---|---|---|---|---|
| 4648.00 | 325.85 | 15.000 | | | 4988.57 | 2 |

RECEIVED BY _____

BUYER: _____
FREIGHT/ATTN OF BUYER

RECEIPT OF THESE GOODS ACKNOWLEDGES
ACCEPTANCE OF OUR TERMS

PLEASE PAY
THIS AMOUNT    → .000

CK# 3034

EXHIBIT
tabbies
H